UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No.   3:19-cv-00356-GCS |
| | ) |
| SHAWN RITCHEY, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM & ORDER**

**SISON, Magistrate Judge:**

Plaintiff Larry Roberts, a former inmate of the Illinois Department of Corrections previously incarcerated at Vandalia Correctional Center ("Vandalia"), brings this action pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights. Plaintiff claims he was assaulted, harassed, and items of his personal property were thrown away. (Doc. 1). He seeks monetary damages. *Id.*

On September 15, 2020, the Court set this matter for telephone status conference for September 29, 2020. (Doc. 35). The Court also warned Plaintiff that failure to appear at the telephone conference may result in dismissal of the case. *Id.* On September 29, 2020, the Court held the telephone status conference and Plaintiff failed to appear. Thus, the Court entered an order directing Plaintiff to show cause in writing on or before October

27, 2020 why he failed to appear. (Doc. 36). As of this date, Plaintiff has failed to respond, and the Court has received no communication from him. The Court will not allow this matter to linger indefinitely. This action shall be dismissed with prejudice based on Plaintiff's failure to comply with the Court's Orders. *See* FED. R. CIV. PROC. 41(b). *See also Lucien v. Brewer*, 9 F.3d 26, 28 (7th Cir. 1993)(stating dismissal is a "feeble sanction" if it is without prejudice and further noting that "Rule 41(b) states the general principle that failure to prosecute a case should be punished by dismissal of the case with prejudice.").

Accordingly, pursuant to Federal Rule 41(b), the Court **DISMISSES with prejudice** this cause of action for failure to prosecute and follow the Court's Orders. The Clerk of the Court shall enter judgment and close the case.

**IT IS SO ORDERED**.

**DATED:   November 3, 2020.**

Digitally signed by Judge Sison 2
Date: 2020.11.03 09:36:16 -06'00'

_____
**GILBERT C. SISON**
**United States Magistrate Judge**